6-638698
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SULLIVAN

11 CV 1132

---------------------------------------------------X

MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

Plaintiff,

- against -

AMC USA, INC.,

Defendant.

---------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY

RECEIVED
FEB 18 2011
U.S.D.C. S.D. N.Y.
COMPLETED

Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant AMC USA, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Shipping Act of 1984, as Amended, 46 U.S.C., App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant AMC USA, INC. was and still is a New Jersey corporation doing business in the State of New York at 350 Fifth Avenue, Suite 1820, New York, NY 10118, with an agent for service of process at Corporation Service Company, 2711 Centerville Road, Suite 900, Wilmington, DE 19808.

4. From on or about March 9, 2010 to the present, defendant was the consignee and receiver of goods carried on plaintiff's Vessels.

5. Defendant was the party responsible to remit the ocean freight and related charges due pursuant to plaintiff's Tariff and/or Service Contract(s) with defendant.

6. Defendant, despite being listed as the consignee on the Bills of Lading, was acting in its capacity as a Non-Vessel Owning Common Carrier.

7. All shipments were properly completed by plaintiff.

8. On February 8, 2011, plaintiff issued a Statement of Account to defendant showing $170,044.65 due (Exhibit A).

9. Plaintiff has performed all acts required to be performed by plaintiff.

10. Defendant has failed and refused and continues to fail and refuse to remit payment of $170,044.65, although duly demanded.

11. By reason of the foregoing, plaintiff has sustained damages in the amount of $170,044.65 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
February 16, 2011

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By ____________________

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S
551 Fifth Avenue, Suite 616
New York, NY 10176
(212) 696-1760




## Account Statement Open Item

AMC USA INC
350 5TH AVE
STE 1820
NEW YORK NY 10118
USA

Attention: APM Internal
Alt. Attention:

Statement Issue Date: 02-08-2011
Account Number: USC1300468
Statement Date: 02-08-2011
Our Contact Person: Colin OBrien
Our Contact Telephone:
Alt. Contact Person:
Alt. Contact Telephone

Dear Valued Customer,

According to our records, the balance of your account with our company as of the date shown above is stated below. You are kindly requested to check below invoices and arrange payment to us accordingly.

If payment has already been forwarded for these items, please allow up to 7 days for them to be reflected on your statement.

Should you have any questions, please call or write to our contact mentioned above so that we may assist you in reconciling any discrepancies as soon as possible.

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | IMPORT | 5242622830 | 859578378 | | 03-09-2010 | 04-03-2010 | 2,048.37 | USD |
| | IMPORT | 5242663518 | 550587158 | | 03-20-2010 | 04-14-2010 | 775.00 | USD |
| | IMPORT | 5242671175 | 860090500 | | 03-23-2010 | 04-17-2010 | 3,570.00 | USD |
| | IMPORT | 5242745248 | 860181816 | | 04-13-2010 | 05-08-2010 | 3,570.00 | USD |
| | IMPORT | 5242850766 | 550691890 | | 05-12-2010 | 06-09-2010 | 46.57 | USD |
| | IMPORT | 5242861989 | 551140391 | | 05-16-2010 | 06-09-2010 | 14.00 | USD |
| | IMPORT | 5242900027 | 550854833 | | 05-25-2010 | 06-14-2010 | 425.00 | USD |
| | IMPORT | 3500458676 | 550992491 | 5242926009 | 06-08-2010 | 06-22-2010 | 1,450.00- | USD |
| | INVOICE | 5243012039 | 551068169 | | 06-24-2010 | 06-24-2010 | 510.00 | USD |
| | IMPORT | 5242942647 | 860450100 | | 06-08-2010 | 07-03-2010 | 1,500.00 | USD |
| | IMPORT | 3500639879 | 551059384 | 5242981022 | 07-09-2010 | 07-12-2010 | 84.00- | USD |
| | IMPORT | 5243051506 | 550691890 | | 07-06-2010 | 07-26-2010 | 25.00 | USD |
| | IMPORT | 5243048679 | 860686653 | | 07-06-2010 | 07-31-2010 | 1,405.00 | USD |
| | IMPORT | 5243063394 | 551458410 | | 07-09-2010 | 08-03-2010 | 3,150.95 | USD |

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA





A. P. MOLLER - MAERSK GROUP



# Account Statement Open Item

AMC USA INC
350 5TH AVE
STE 1820
NEW YORK NY 10118
USA

Attention: APM Internal
Alt. Attention:

Statement Issue Date: 02-08-2011
Account Number: USC1300468
Statement Date: 02-08-2011
Our Contact Person: Colin OBrien
Our Contact Telephone:
Alt. Contact Person:
Alt. Contact Telephone

Dear Valued Customer,

According to our records, the balance of your account with our company as of the date shown above is stated below. You are kindly requested to check below invoices and arrange payment to us accordingly.

If payment has already been forwarded for these items, please allow up to 7 days for them to be reflected on your statement.

Should you have any questions, please call or write to our contact mentioned above so that we may assist you in reconciling any discrepancies as soon as possible.

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | IMPORT | 5242522830 | 859578378 | | 03-09-2010 | 04-03-2010 | 2,048.37 | USD |
| | IMPORT | 5242663518 | 550587158 | | 03-20-2010 | 04-14-2010 | 775.00 | USD |
| | IMPORT | 5242671175 | 860090500 | | 03-23-2010 | 04-17-2010 | 3,570.00 | USD |
| | IMPORT | 5242745248 | 860181816 | | 04-13-2010 | 05-08-2010 | 3,570.00 | USD |
| | IMPORT | 5242850766 | 550691890 | | 05-12-2010 | 06-09-2010 | 46.57 | USD |
| | IMPORT | 5242861989 | 551140391 | | 05-16-2010 | 06-09-2010 | 14.00 | USD |
| | IMPORT | 5242900027 | 550854833 | | 05-25-2010 | 06-14-2010 | 425.00 | USD |
| | IMPORT | 3500458676 | 550992491 | 5242926009 | 06-08-2010 | 06-22-2010 | 1,450.00- | USD |
| | INVOICE | 5243012039 | 551068169 | | 06-24-2010 | 06-24-2010 | 510.00 | USD |
| | IMPORT | 5242942647 | 860450100 | | 06-08-2010 | 07-03-2010 | 1,500.00 | USD |
| | IMPORT | 3500639879 | 551059384 | 5242981022 | 07-09-2010 | 07-12-2010 | 84.00- | USD |
| | IMPORT | 5243051506 | 550691890 | | 07-06-2010 | 07-26-2010 | 25.00 | USD |
| | IMPORT | 5243048679 | 860686653 | | 07-06-2010 | 07-31-2010 | 1,405.00 | USD |
| | IMPORT | 5243063394 | 551458410 | | 07-09-2010 | 08-03-2010 | 3,150.95 | USD |



# Account Statement Open Item

AMC USA INC
350 5TH AVE
STE 1820
NEW YORK NY 10118
USA

Attention: APM Internal

Statement Issue Date: 02-08-2011
Account Number: USC1300468
Statement Date: 02-08-2011
Our Contact Person: Colin OBrien
Our Contact Telephone:
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | DEM-CRED | 5243208028 | 551535792 | D | 08-17-2010 | 08-04-2010 | 1,575.00- | USD |
| | IMPORT | 5243089434 | 551509390 | | 07-16-2010 | 08-10-2010 | 28,971.00 | USD |
| | IMPORT | 5243089555 | 551549677 | | 07-16-2010 | 08-10-2010 | 8,288.34 | USD |
| | EXPORT | 5243140050 | 551728359 | 1007UNTMX003 | 07-28-2010 | 08-17-2010 | 5,145.03 | USD |
| | EXPORT | 5243167763 | 551918704 | | 08-04-2010 | 08-24-2010 | 4,844.42 | USD |
| | IMPORT | 5243141767 | 551231922 | | 07-29-2010 | 08-25-2010 | 3,875.73 | USD |
| | INVOICE | 5243242570 | 551539321 | | 08-25-2010 | 08-25-2010 | 1,445.00 | USD |
| | INVOICE | 5243242571 | 551579713 | | 08-25-2010 | 08-25-2010 | 1,095.00 | USD |
| | EXPORT | 5243179667 | 551898200 | | 08-09-2010 | 08-29-2010 | 4,208.89 | USD |
| | EXPORT | 5243191372 | 551918704 | | 08-10-2010 | 08-30-2010 | 299.99 | USD |
| | IMPORT | 5243194547 | 551557917 | | 08-11-2010 | 08-31-2010 | 390.00 | USD |
| | IMPORT | 5243164454 | 551815126 | | 08-04-2010 | 08-31-2010 | 1,927.00 | USD |
| | IMPORT | 5243177712 | 551686208 | | 08-08-2010 | 09-02-2010 | 2,140.90 | USD |
| | IMPORT | 5243186118 | 860674281 | | 08-10-2010 | 09-04-2010 | 1,660.00 | USD |
| | IMPORT | 5243186275 | 860763157 | | 08-10-2010 | 09-04-2010 | 3,875.00 | USD |
| | IMPORT | 5243276098 | 551927684 | | 09-02-2010 | 09-27-2010 | 844.00 | USD |
| | IMPORT | 5243275706 | 551686274 | | 09-02-2010 | 09-29-2010 | 3,865.17 | USD |
| | IMPORT | 5243302291 | 551929584 | | 09-10-2010 | 10-05-2010 | 4,361.54 | USD |
| | IMPORT | 5243299412 | 551757113 | | 09-09-2010 | 10-06-2010 | 2,557.27 | USD |
| | IMPORT | 5243324104 | 552055550 | | 09-16-2010 | 10-06-2010 | 388.50 | USD |
| | IMPORT | 5243337411 | 551757113 | | 09-18-2010 | 10-08-2010 | 250.00 | USD |
| | IMPORT | 5243338593 | 552059705 | | 09-19-2010 | 10-14-2010 | 2,101.41 | USD |




# Account Statement Open Item

AMC USA INC
350 5TH AVE
STE 1820
NEW YORK NY 10118
USA

Attention: APM Internal

Statement Issue Date: 02-08-2011
Account Number: USC1300468
Statement Date: 02-08-2011
Our Contact Person: Colin OBrien
Our Contact Telephone:
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | IMPORT | 5243379588 | 552069197 | | 09-27-2010 | 10-19-2010 | 3,821.50 | USD |
| D | EXPORT | 5243446072 | 552300768 | 1009ECTMP002 | 10-07-2010 | 10-27-2010 | 3,427.30 | USD |
| | IMPORT | 5243426987 | 551910319 | | 10-03-2010 | 10-28-2010 | 2,090.41 | USD |
| | IMPORT | 5243426958 | 552032285 | | 10-03-2010 | 10-28-2010 | 2,115.41 | USD |
| | IMPORT | 5243435202 | 859680241 | | 10-05-2010 | 10-30-2010 | 1,505.00 | USD |
| | IMPORT | 5243475826 | 552187985 | | 10-15-2010 | 11-09-2010 | 3,232.46 | USD |
| | IMPORT | 5243472808 | 551910300 | | 10-14-2010 | 11-10-2010 | 3,814.25 | USD |
| | IMPORT | 5243477755 | 552005245 | | 10-17-2010 | 11-11-2010 | 2,121.51 | USD |
| | IMPORT | 5243499424 | 552178554 | | 10-22-2010 | 11-15-2010 | 3,720.59 | USD |
| | IMPORT | 5243512348 | 860982774 | | 10-26-2010 | 11-20-2010 | 1,740.00 | USD |
| | EXPORT | 5243561434 | 552509457 | INLUS-1007 | 11-06-2010 | 11-26-2010 | 943.98 | USD |
| | IMPORT | 5243543614 | 860939326 | | 11-02-2010 | 11-27-2010 | 1,940.00 | USD |
| | IMPORT | 5243566996 | 861005878 | | 11-09-2010 | 12-04-2010 | 1,820.00 | USD |
| | IMPORT | 5243591216 | 552502166 | | 11-14-2010 | 12-09-2010 | 3,844.63 | USD |
| | IMPORT | 5243617793 | 861031697 | | 11-23-2010 | 12-18-2010 | 1,730.00 | USD |
| | IMPORT | 5243617779 | 861092453 | | 11-23-2010 | 12-18-2010 | 2,415.08 | USD |
| | IMPORT | 5243702174 | 861119650 | | 12-14-2010 | 12-19-2010 | 2,725.50 | USD |
| | IMPORT | 5243637992 | 552547880 | | 11-26-2010 | 12-21-2010 | 3,854.99 | USD |
| | PAYMENT | 3411088324 | 3277 | 861119650 | 12-21-2010 | 12-21-2010 | 1,960.00- | USD |
| | IMPORT | 5243632423 | 552502130 | | 11-25-2010 | 12-22-2010 | 3,843.20 | USD |
| | IMPORT | 5243649043 | 861087750 | | 11-30-2010 | 12-25-2010 | 1,930.00 | USD |
| | DET-INV | 5243742228 | 552516974 | | 12-27-2010 | 12-27-2010 | 1,530.00 | USD |



# Account Statement Open Item

AMC USA INC
350 5TH AVE
STE 1820
NEW YORK NY 10118
USA

Attention: APM Internal

Statement Issue Date: 02-08-2011
Account Number: USC1300468
Statement Date: 02-08-2011
Our Contact Person: Colin OBrien
Our Contact Telephone:
Alt. Contact Person:
Alt. Contact Telephone

| D | Type | Document | Reference | Customer Ref | Tran Date | Due Date | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| | IMPORT | 5243684776 | 861169306 | | 12-08-2010 | 01-01-2011 | 1,930.00 | USD |
| | IMPORT | 5243689736 | 552550438 | | 12-10-2010 | 01-04-2011 | 2,263.28 | USD |
| | IMPORT | 5243757269 | 552752902 | | 12-30-2010 | 01-06-2011 | 2,710.80 | USD |
| | IMPORT | 5243782395 | 552926077 | | 01-07-2011 | 01-12-2011 | 2,289.20 | USD |
| | IMPORT | 5243809424 | 552914893 | | 01-17-2011 | 01-17-2011 | 209.55 | USD |
| | IMPORT | 3500145977 | 859578378 | | 01-20-2011 | 01-20-2011 | 1,500.00- | USD |
| | IMPORT | 5243829588 | 552889296 | | 01-21-2011 | 01-26-2011 | 3,953.00 | USD |
| | IMPORT | 5243830009 | 552932061 | | 01-21-2011 | 01-26-2011 | 3,655.52 | USD |
| | IMPORT | 5243879418 | 552761058 | | 02-03-2011 | 02-10-2011 | 3,808.21 | USD |
| | IMPORT | 5243887687 | 552889161 | | 02-06-2011 | 02-11-2011 | 2,054.20 | USD |
| | | | | | **Balance Due :** | | **170,044.65** | **USD** |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Cur |
|---|---|---|---|---|---|
| 5,862.41 | 8,607.27 | 22,972.85 | 19,944.96 | 112,657.16 | USD |

Information: D-Item(s) under dispute
Please note that reminder notice fees and interest charges will appear on the reminder notice.

Bank: Bank of America
Account Information: Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403

If paying by check, please remit payment to:
Maersk Line
Attention: Payment Services-3rd Floor South
9300 Arrowpoint Boulevard
Charlotte, NC 28273-8136

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136
USA